THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CV-00188-FL

LINDA WILLIAMS, )
)
Plaintiff, )
)
v. )          ORDER FOR PAYMENT OF
)          ATTORNEY FEES UNDER THE
MARTIN O'MALLEY[1], )          EQUAL ACCESS TO JUSTICE ACT
Commissioner of Social Security, )
)
Defendant. )
_____ )

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to

Plaintiff $5,800.00 in attorney's fees, in full satisfaction of any and all claims arising under the

Equal Access to Justice Act, 28 U.S.C. § 2412.  If the award to Plaintiff is not subject to the

Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel,

Charlotte W. Hall, and mailed to his office at P.O. Box 58129, Raleigh, NC 27658, in

accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees

under the Equal Access to Justice Act.

SO ORDERED this 15th day of May, 2024

_____
LOUISE W. FLANAGAN
United States District Judge

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023.
Pursuant to Rule 43(c)(2) of the Federal Rules of Appellate Procedure, Martin O'Malley should
be substituted for Kilolo Kijakazi as the defendant in the suit. No further action need be taken to
continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
U.S.C. § 405(g).