UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS )<br>           Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MARTIN O'MALLEY, Commissioner of )<br>the Social Security Administration )<br>           Defendant. ) | **JUDGMENT**<br><br>No. 4:23-CV-188-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's consent motion for attorney fees and defendant's stipulation.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 15, 2024, that defendant pay to plaintiff $5,800.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on May 15, 2024, and Copies To:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Cassia Parson / Wanda Mason (via CM/ECF Notice of Electronic Filing)


May 15, 2024                          PETER A. MOORE, JR., CLERK

                                              /s/ Sandra K. Collins
                                            (By) Sandra K. Collns, Deputy Clerk